IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-00815-LTB

SCOTT M. RUNYON,

    Plaintiff,

v.

THE ALLSTATE CORPORATION,

    Defendant.

---

### NOTICE OF SETTLEMENT

---

PLEASE TAKE NOTICE that SCOTT M. RUNYON (the "Plaintiff") and THE ALLSTATE CORPORATION (the "Defendant"), hereby notify the Court the parties have reached settlement, and are in process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

DATED: May 28, 2020

Respectfully submitted,

**SCOTT M. RUNYON**

By: */s/ Mohammed O. Badwan*

Mohammed O. Badwan
SULAIMAN LAW GROUP, LTD.
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
+1 630-575-8181
mbadwan@sulaimanlaw.com

1

2

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that on May 28, 2020 a copy of the foregoing was filed electronically via CM/ECF with the United States District Court, District of Colorado, with notification being sent electronically to all counsel of record.

                                                s/ *Mohammed O. Badwan*