**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  20-cv-00815-LTB

SCOTT M. RUNYON,

       Plaintiff,

v.

THE ALLSTATE CORPORATION,

       Defendant.
_____

**ORDER**
_____

THIS MATTER having come before the Court on the Plaintiff's Notice of Voluntary Dismissal (Doc 15 - filed August 12, 2020), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

       BY THE COURT:

       s/Lewis T. Babcock
       Lewis T. Babcock, Judge

DATED:  August 13, 2020